IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

V.

Criminal No. 5:96CR12
Violations: 18 USC 2
18 USC 844(i)
26 USC 5861(d)
26 USC 5861(f)

WILLIAM HUSEL,
        Defendant.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 9, 1994, at or near Wheeling, Ohio County, West Virginia, in the Northern District of West Virginia, defendant WILLIAM HUSEL, aided and abetted by a person known to the Grand Jury, did unlawfully, knowingly, intentionally, and maliciously damage and attempt to damage and destroy, by means of an explosive; to wit: a pipebomb type device, a garbage can and building, that is, the Alma Grace McDonough Center, Wheeling Jesuit College, used in interstate commerce and in an activity affecting interstate commerce; in violation of Title 18, United States Code, Sections 844(i) and 2.

Case 5:96-cr-00012-FPS   Document 1   Filed 06/05/96   Page 2 of 3  PageID #: 2

## COUNT TWO

On or about November 9, 1994, at or near the Alma Grace McDonough Center, Wheeling Jesuit College, Wheeling, Ohio County, West Virginia, within the Northern District of West Virginia, defendant WILLIAM HUSEL, aided and abetted by a person known to the Grand Jury, did knowingly possess a destructive device consisting of a pipe bomb, a firearm as defined at Title 26, United States Code, Section 5845(a)(8) and (f), which firearm was not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Section 5861(d) and 5871.

### COUNT THREE

On or about November 9, 1994, at or near the Alma Grace McDonough Center, Wheeling Jesuit College, Wheeling, Ohio County, West Virginia, within the Northern District of West Virginia, defendant WILLIAM HUSEL, aided and abetted by a person known to the Grand Jury, did knowingly make and cause to be made a destructive device, consisting of a pipe bomb, a firearm as defined at Title 26, United States Code, Section 5845(a)(8) and (f), without having applied for and receiving authorization to make said firearm from the Secretary or his authorized delegate; in violation of Title 26, United States Code, Sections 5861(f) and 5871.

A true bill,

_____ 6-5-96
Foreperson.

_____
WILLIAM D. WILMOTH
United States Attorney