IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, W

NOV 20 1996

NORTHERN DISTRICT OF
OFFICE OF THE C

UNITED STATES OF AMERICA,
        Plaintiff,

v.                       Criminal No. 5:96CR12(Stamp)

WILLIAM HUSEL,
        Defendant.

## DISMISSAL

    Comes now the United States of America and William D. Wilmoth, United States Attorney for the Northern District of West Virginia by Sam G. Nazzaro, Assistant United States Attorney, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, hereby dismisses the Indictment at Criminal No. 5:95CR12 against the above-named defendant and assigns the reasons therefore that:

    1.    On or about June 5, 1996, a Federal Grand Jury returned a three-count Indictment charging the defendant with explosive charges.

    2.    On or about August 13, 1996, a one-count Information was filed, Criminal No. 5:96CR30, and the above-named defendant entered a plea of guilty to improperly storing a destructive device. This plea resolved the incident which led to the charges in the June 5, 1996, Indictment.

    3.    On or about October 28, 1996, the above-named defendant was sentenced before this Honorable Court as to Criminal No. 5:96CR30.



For the foregoing reasons, the United States moves that the indictment against the above-named defendant be dismissed.

Respectfully submitted,

WILLIAM D. WILMOTH
United States Attorney

By: Sam G. Nazzaro
Assistant United States Attorney

Leave of the Court is granted for the foregoing Dismissal.

Date: 11/20/96

FREDERICK P. STAMP, JR.
Chief United States District Judge